**No. 57367.**—Mr. Leon Marks *v.* United States, protests 198199–K and 200127–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of earthenware teapots and coffeepots, each encased in a metal felt-lined cozy, the same in all material respects as the merchandise the subject of *Leon Marks* v. *United States* (28 Cust. Ct. 98, C. D. 1393), the claim of the plaintiff was sustained.

MAY 26, 1953

**No. 57368.**—B. M. Heede, Inc. *v.* United States, protest 187701–K

Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 3, 1953

**No. 57369.**—A. J. Van Dugeren & Sons, Inc. *v.* United States, protests 156529–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that certain items consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) As to the items marked "A," entered or withdrawn from warehouse for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (2) as to the items marked "B," entered or withdrawn from warehouse for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).